# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES T. ZHAN, AN INDIVIDUAL,
Appellant,
vs.
ALTAIR NANOTECHNOLOGIES, INC.,
A DELAWARE CORPORATION;
ALTAIRNANO, INC., A NEVADA
CORPORATION; GUOHUA SUN, AN
INDIVIDUAL; AND ANDY WEI, AN
INDIVIDUAL,
Respondents.

No. 73443

FILED

MAY 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order dismissing the complaint. Second Judicial District Court, Washoe County; David A. Hardy, Judge.

The appeal was docketed on July 12, 2017. On February 27, 2018, this court entered an order directing appellant to file the opening brief or informal brief within 11 days. We cautioned appellant that failure to timely file the brief could result in dismissal of this appeal. To date appellant has not filed the opening brief or informal brief or otherwise communicated with this court; accordingly, we conclude that appellant has abandoned this appeal and we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____Parraguirre_____, J.
Parraguirre

_____Stiglich_____, J.
Stiglich

18-16613

cc: Hon. David A. Hardy, District Judge
Lansford W. Levitt, Settlement Judge
James T. Zhan
Holland & Hart LLP/Reno
Washoe District Court Clerk